UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION

| | |
|---|---|
| JOSHUA JERMAINE DENNIS,<br><br>    Plaintiff,<br><br>v.<br><br>BLUESTEM BRANDS INC. d/b/a FINGERHUT,<br><br>    Defendant. | Case No. 1:18-cv-00831-WCG<br><br>Magistrate Judge William C. Griesbach |

## AGREED STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between the Plaintiff, JOSHUA JERMAINE DENNIS, and the Defendant, BLUESTEM BRANDS INC. d/b/a FINGERHUT , through their respective counsel that the above-captioned action is dismissed, with prejudice, against BLUESTEM BRANDS INC. d/b/a FINGERHUT, pursuant to settlement and Federal Rule of Civil Procedure 41. Each party shall bear its own costs and attorney fees.

Dated: March 11, 2019

Respectfully Submitted,

**JOSHUA J. DENNIS**

/s/ Nathan C. Volheim
Nathan C. Volheim
*Counsel for Plaintiff*
Sulaiman Law Group, LTD
2500 S. Highland Avenue, Suite 200
Lombard, Illinois 60148
Phone: (630) 575-8181
Fax :(630) 575-8188
nvolheim@sulaimanlaw.com

**BLUESTEM BRANDS, INC.**

/s/ Dustin R. DeNeal (*with consent*)
Dustin R. DeNeal
*Counsel for Defendant*
600 East 96th Street, Suite 600
Indianapolis, IN 46210
Phone: (317) 237-1176
dustin.deneal@faegrebd.com

# CERTIFICATE OF SERVICE

I hereby certify that I today caused a copy of the foregoing document to be electronically filed with the Clerk of Court using the CM/ECF system which will be sent to all attorneys of record.

s/ Nathan C. Volheim
Nathan C. Volheim